No. 159. PACIFIC COAST WHOLESALERS ASSOCIATION *v.* CLOVER LEAF FREIGHT LINES, INC. ET AL. C. A. 7th Cir. Certiorari denied. *David J. Shipman* for petitioner. *J. Glenn Shehee* for respondents.

No. 160. IN RE ROSE. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *Harold W. Hastings* for petitioner. *Einar Chrystie* and *Kenneth M. Spence* for the Bar Association of New York City, respondent.

No. 161. CHICAGO PNEUMATIC TOOL CO. *v.* INDEPENDENT PNEUMATIC TOOL CO. C. A. 7th Cir. Certiorari denied. *Floyd H. Crews, Clarence J. Loftus* and *Raymond G. Mullee* for petitioner. *Lowell C. Noyes* for respondent.

No. 162. EXCEL AUTO RADIATOR CO. *v.* BISHOP & BABCOCK MANUFACTURING CO. C. A. 6th Cir. Certiorari denied. *Max W. Zabel* for petitioner. *Arthur H. Boettcher* for respondent.

Nos. 163 and 164. MILLER, DOING BUSINESS AS THE PERMA-STONE CO., *v.* ZAHARIAS ET AL., DOING BUSINESS AS THE LINCOLN HOME BUILDERS, ET AL. C. A. 7th Cir. Certiorari denied. *Ira Milton Jones* for petitioner. *David Charness* for Zaharias et al., respondents.

No. 165. AKERS ET UX. *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert Ash* for petitioners. *Solicitor General Perlman,*